IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OPENMIND SOLUTIONS, INC., | CASE NO. 3:11-cv-00092-GPM |
| Plaintiff | Judge: G. Patrick Murphy<br>Magistrate: Stephen C. Williams |
| v. | |
| DOES 1 – 2925, | |
| Individually, and as Representatives of a class | |
| Defendants | |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 45, that Plaintiff OpenMind Solutions, Inc., intends to serve Subpoenas, in substantially the same form attached hereto, on the Internet Service Providers listed in Exhibit A attached hereto on February 14, 2011, or as soon thereafter as service may be effectuated.

Respectfully submitted,

OpenMind Solutions, Inc.

DATED: February 14, 2011

By: /s/ John Steele_____
One of its Attorneys

JoDee Favre # 6203442
Favre Law Office, LLC
110 W. Main St.
Belleville, IL 62220
618-604-0024; Fax 618-233-9377
jfavre@favrelaw.com

John Steele # 6292158
Steele Hansmeier PLLC
161 N. Clark St.
Suite 4700
Chicago, IL 60601
312-880-9160;   Fax 312-893-5677
jlsteele@wefightpiracy.com
*Lead Counsel*

**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on February 14, 2011, I caused the foregoing document and its attachments and exhibits to be electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF upon those counsel or parties who are authorized to receive electronically Notices of Electronic Filing.

                    */s/ John Steele*
                     John Steele