# EXHIBIT A

**ISP**
Aircanopy Internet Services  Inc
Alaska Communications Systems Group  Inc.
ALLTEL Corporation
Armstrong Cable Services
AT&T Internet Services
AT&T Services  Inc.
Atlantic Broadband Finance  LLC
Baja Broadband
Beamspeed
BellSouth.net Inc.
Bend Cable Communications  LLC
Brandeis University
Bresnan Communications  LLC.
BRIGHT HOUSE NETWORKS  LLC
Broadstripe
CABLE ONE  INC.
CABLEVISION OF ST. JOSEPH
Cablevision Systems Corp.
Cavalier Telephone
Cedar Falls Utilities
Central Utah Telephone
Charter Communications
Cincinnati Bell Telephone
Clearwire US LLC
Click! Network
Cogent/PSI
Cogent/PSI
Colo5  LLC
Columbia University
Comcast Cable
Consolidated Communications  Inc.
Cox Communications
CRAMER IT CONSULTING  INC.
Dakota Carrier Network
Digital Teleport Inc.
DirecPath  LLC
diversiCOM  Inc.

DSL Extreme
EarthLink
Ellijay Telephone Company
Embarq Corporation
EPB Telecom
ETS TELEPHONE COMPANY  INC.
Everest Connections  LLC
FAIRPOINT COMMUNICATIONS  INC.
FDCservers.net
Frontier Communications
GENERAL COMMUNICATION  INC.
GEORGIA PUBLIC WEB  INC.
GMP Cable TV
Golden West Telecommunications Coop.  Inc.
Grande Communications Networks  Inc.
Hargray Communications Group  Inc.
Hawaiian Telcom Services Company  Inc.
HIVELOCITY VENTURES CORP
Home Communications
Hotwire Communications
Hurricane Electric  Inc.
INSIGHT COMMUNICATIONS COMPANY  L.P.
Integra Telecom  Inc.
Internap Network Services Corporation
Internet at Cyber Mesa
Internet Professionals & Network Solutions
Involta
Iowa Network Services
Iowa Telecom
Knology Holdings
Level 3 Communications
Massillon Cable Communications
Mediacom Communications Corp
MetroCast Cablevision of New Hampshire  LLC.
Midcontinent Media  Inc.
Mtaonline
New Wave Communications
NORTHLAND CABLE TELEVISION INC.

Northwest Open Access Network
NPG Cable  INC
One Eighty Networks
Oso Grande Technologies  Inc.
PenTeleData Inc.
PrairieWave Telecommunications  Inc.
Qwest Communications
RCN Corporation
ResTech Services LLC
Road Runner
Rock Hill Telephone Company
Roseville Telephone Company
San Bruno Cable
ServerBeach
Speakeasy  Inc.
Suddenlink Communications
THE DARNELL GRP
Triton Technologies  Inc.
University of Alaska
University of California San Francisco
University of Kentucky  Communication Services
University of Kentucky  Communication Services
University of Missouri - dba the Missouri Research and Education Network (MOREnet)
University of North Carolina at Chapel Hill
University of Wisconsin - Milwaukee
Verizon Online LLC
Verizon Online LLC
Watch TV
Wave Broadband  LLC
Webpass Inc.
WideOpenWest Finance LLC
Windjammer Communications LLC
Windstream Communications Inc
Wintek Corporation