# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Openmind Solutions, Inc. ) | |
| *Plaintiff(s)* ) | |
| v. ) | Case Number: 11-92-GPM |
| Does 1-2925 ) | |
| *Defendant(s)* ) | |

## NOTICE OF ERRORS AND/OR DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

DOCUMENT NUMBER: 11            DOCUMENT TITLE: Motion for Leave to File

One of the following errors/deficiencies has been identified in the document listed above:

- ☐ Document linked incorrectly
- ☐ Incorrect document type selected (PDF and event do not match)
- ☐ Certificate of Service is missing or incomplete and is required by Electronic Filing Rule 9
- ☒ **Other: Per the CM/ECF User's Manual (located on the court's website), Section 2.0, Page 2.6, proposed documents are not electronically filed, but rather e-mailed to the appropriate judge's proposed e-mail address. Exhibit 1, "Amicus Brief" is a proposed document that should be e-mailed.**

### ACTION TAKEN BY CLERK'S OFFICE

- ☐ Docket entry corrected
- ☒ **Other: This notice is being entered for informational purposes for future filings.**

### ACTION REQUIRED BY FILER

- ☐ No further action required by the filer
- ☒ **Other: The proposed document should be e-mailed to appropriate proposed document e-mail address.**

NANCY J. ROSENSTENGEL, Clerk of Court

By: *s/Lisa M. Tidwell*
Deputy Clerk

DATE: 03/15/11

CMECF-02
Rev. 11-10