

case number: 3:11-cv-00092
Nancy Waddell
to:
Nancy_Rosenstengel
03/24/2011 04:59 PM
Hide Details
From: "Nancy Waddell" <wnancy57@aol.com>

To: <Nancy_Rosenstengel@ilsd.uscourts.gov>

History: This message has been forwarded.

I hope I am sending this to the correct place. In case I'm not, I'd appreciate if you could forward to the correct person.  RE case # 3:11-cv-00092  I don't know if this cost to do this or not, I hope not, I have no money to do this if it costs, but please let me know I guess.    I got ahold of qwest and they told me to email them and also the clerk of court at your office. I'm not sure what I need, so I am hoping this is what I was suppose to do. Please let me know if it is not what was needed. Nancy Waddell   wnancy57@aol.com   Thank you.

I am sending this email to object to the subpoena of my account at IP address 71.209.111.228.  I was called regarding movies being downloaded, and an email sent telling of the titles.  They said to just delete them.  My son had been staying here and he apparently downloaded several.  I told him to delete these from his computer. He said he did. He was using a wireless router or something, that was using my internet without using my computer.  We have also had neighbors cutting into my router before also.  Anyway, as to my knowledge, he never did this again and ended up moving out to Oregon, so I thought this matter was done.  It won't happen again, because I don't know how to do much other than email, and facebook on a computer.  So anyway, I would like this problem ended, since he no longer lives at this address and I did what I thought was enough, by telling him not to do it anymore and to find somewhere else to live; which he did.  I hope this takes care of this, please.
    Sincerely Nancy Waddell    wnancy57@aol.com
                                I can be reached at 1-319-753-1693    after 4 pm or you could leave a message and I will return your call.



case # 3:11-cv-00092
Nancy Waddell
to:
Nancy_Rosenstengel
03/24/2011 05:26 PM
Cc:
wnancy57
Hide Details
From: "Nancy Waddell" <wnancy57@aol.com>

To: <Nancy_Rosenstengel@ilsd.uscourts.gov>

Cc: <wnancy57@aol.com>

History: This message has been forwarded.

I hope I am sending this to the correct person; if not, I would appreciate if you could please forward it to the correct person or Department. I'm not sure what I am suppose to do here.... I contacted qwest and also sent them an email filing my objection. He said to also contact you with the same information. It said to file an objection to the court. I am hoping this does not cost, as I am a sole income and would have a hard time coming up with money if it's needed, but let me know if this is not going to take care of it, please. It said it has to be done by April 1. Anyway, here is what I believe was being needed...

I am sending this email to object to the subpoena of my account at IP address 71.209.111.228. I was called regarding movies being downloaded, and an email sent telling of the titles. They (the people at qwest) said to just delete them. My son had been staying here and he downloaded several apparently. I told him to delete these from his computer. He said he did. He was using a wireless router or something, that was using my internet. We have also had neighbors cutting into my router before also. Anyway, as to my knowledge, he never did this again and ended up moving out to Oregon, so I thought this matter was done. It won't happen again, because I don't know how to do much other than email, and facebook on a computer. So anyway, I would like this problem ended, since he no longer lives at this address and I did what I thought was enough, by telling him not to do it anymore and to find somewhere else to live. I hope this takes care of this, please.  And if you would need to contact me, I can be reached at 319-753-1693 anytime after 4pm. Or leave a message and I will return your call..
    Let me know if there is something different I am needing.

Sincerely Nancy Waddell    wnancy57@aol.com