IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OpenMind Solutions, Inc., | CASE NO. 3:11-cv-00092-GPM-SCW |
|     Plaintiff, | Judge: Hon. G. Patrick Murphy |
| v. | Magistrate Judge: Hon. Stephen C. Williams |
| DOES 1 – 2925, Individually, and as Representatives of a class, | |
|     Defendants. | |

## PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff OpenMind Solutions, Inc. hereby dismisses without prejudice all causes of action in its Complaint against all of the remaining Doe defendants. The respective Does have filed neither an answer to the Complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) of the Federal Rules of Civil Procedure is therefore appropriate. Plaintiff, through counsel, has concluded that the information needed to proceed in this litigation—namely the ISP subscriber logs for the IP addresses identified on Exhibit A to the Complaint—is almost certain to have been destroyed due to the passage of time. Accordingly, Plaintiff has directed its counsel to dismiss this action without prejudice in favor of pursuing alternative avenues for attempting to curb the rampant Internet-based infringement that is destroying the livelihoods of creative professionals across the world.

[intentionally left blank]

OpenMind Solutions, Inc.

DATED: March 27, 2012

By:   /s/ John Steele
      One of its Attorneys

JoDee Favre # 6203442
Favre Law Office, LLC
110 W. Main St.
Belleville, IL 62220
618-604-0024; Fax 618-233-9377
jfavre@favrelaw.com

John Steele # 6292158
Steele Hansmeier PLLC
161 N. Clark St.
Suite 4700
Chicago, IL 60601
312-880-9160;   Fax 312-893-5677
jlsteele@wefightpiracy.com
*Lead Counsel*

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 27, 2012, all parties of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

s/ John Steele<br>
JOHN STEELE